IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARLTON X. MATHEWS,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0769

Opinion filed June 5, 2017.

Petition for Writ of Prohibition -- Original Jurisdiction

Carlton X. Mathews, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of prohibition is denied on the merits.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.